476 A.2d 105

## Commonwealth v. Trusty, Appellant.

Submitted January 20, 1984. Daniel McGee, Public Defender, for appellant; Robert A. Mix, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.